UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mustafa Hammad,<br><br>    Petitioner,<br><br>v.<br><br>Donald J. Trump, *President of the United States*, Pamela Bondi, *United States Attorney General*, Kristi Noem, *Secretary United States Department of Homeland Security*; David Easterwood, *St. Paul Field Office Director United States Immigration and Customs Enforcement*; Todd Lyons, *Acting Director of United States Immigration and Customs Enforcement*; Eric Tollefson, *Kandiyohi County Sheriff*; Matthew Akerson, *Kandiyohi Jail Administrator*,<br><br>    Respondents. | Case No. 25-cv-4277 (JMB/LIB)<br><br><br>**ORDER DISMISSING<br>HABEAS PETITION** |

    This matter is before the Court on Petitioner Mustafa Hammad's Petition for a Writ of Habeas Corpus challenging his detention by Respondents pending his removal from the United States. (Doc. No. 1.) The parties have filed a joint stipulation in which Petitioner agrees to voluntarily dismiss his petition without prejudice, and the parties collectively agree to remand this matter to United States Immigration and Customs Enforcement ("ICE") for Petitioner's immediate release from immigration detention on an order of supervision with conditions pursuant to 8 C.F.R. § 241.5. (Doc. No. 5.)

    Accordingly, based on the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1

1. Petitioner Hammad's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE; and

2. This matter is REMANDED to ICE for Petitioner's immediate release from immigration detention as set forth in the parties' Join Stipulation for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice. (Doc. No. 5.)

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 24, 2025         *s/ Jeffrey M. Bryan*
                                          Judge Jeffrey M. Bryan
                                          United States District Court