# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mustafa Hammad, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-4277 (JMB/LIB) |
| Donald J. Trump, Pamela Bondi, Kristi Noem, David Easterwood, Todd Lyons, Eric Tollefson, Matthew Akerson, | |
| Respondent. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Hammad's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE; and

2. This matter is REMANDED to ICE for Petitioner's immediate release from immigration detention as set forth in the parties' Join Stipulation for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice. (Doc. No. 5.)

Date: 11/25/2025                                                          KATE M. FOGARTY, CLERK